BEFORE THE SECOND DIVISION, APRIL 30, 1968

**No. P68/228.**—I. B. Cohen & Sons Corp. et al. *v.* United States, protests 60/1399, etc. (New York).

RAO, C. J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist

of battery-operated horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082), and that the items of merchandise marked "C" covered by the foregoing protests consist of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claims of the plaintiffs were sustained.